No. 14-2129

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

OHIO VALLEY ENVIRONMENTAL COALITION,
WEST VIRGINIA HIGHLANDS CONSERVANCY,
COAL RIVER MOUNTAIN WATCH AND SIERRA CLUB

    Plaintiffs-Appellants,

v.

UNITED STATES ARMY CORPS OF
ENGINEERS, THOMAS P. BOSTICK,
Commander and Chief of Engineers,
U.S. Army Corps of Engineers, and
STEVEN MCGUGAN, Colonel, District
Engineer, U.S. Army Corps of Engineers,
Huntington District,

    Defendants-Appellees,

And

RAVEN CREST CONTRACTING, LLC

    Intervenor-Defendant-Appellee.

On Appeal from the United States District Court
for the Southern District Of West Virginia at Charleston
Case No.: 2:12-cv-6689, Judge John T. Copenhaver

## **MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Tyler P. Brown, one of the counsel of record for Intervenor-Defendant-Appellee, Raven Crest Contracting, LLC ("Raven Crest"), hereby moves for leave to withdraw his appearance as counsel of record for Raven Crest in this appeal in

light of the occurrence of the Effective Date of the plan of reorganization filed on behalf of Raven Crest and its subsidiary debtors in the U.S. Bankruptcy Court for the Western District of Virginia and the lifting of the automatic stay of 11 U.S.C. § 362(a) as to this appeal.

Jackson Kelly PLLC will continue to serve as counsel of record for Raven Crest in this appeal.

Respectfully submitted,

/s/ *Douglas J. Crouse*
Douglas J. Crouse
Robert G. McLusky
JACKSON KELLY PLLC
1600 Laidley Tower
Post Office Box 553
Charleston, West Virginia 25322
Email:   rmclusky@jacksonkelly.com

   dcrouse@jacksonkelly.com

and

Tyler P. Brown (VSB No. 28072)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:  (804) 788-8200
Facsimile:   (804) 788-8218

Email:  tpbrown@hunton.com
hlong@hunton.com
jpaget@hunton.com

*Counsel to Raven Crest Contracting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March 2016, I have served the foregoing Motion for Leave to Withdraw Appearance on all registered counsel through the Court's electronic filing system (ECF).

*/s/ Douglas J. Crouse*
Douglas J. Crouse