FILED: March 4, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2129
(2:12-cv-06689)

_____

OHIO VALLEY ENVIRONMENTAL COALITION, INC.; WEST VIRGINIA HIGHLANDS CONSERVANCY, INC.; SIERRA CLUB; COAL RIVER MOUNTAIN WATCH INC.

   Plaintiffs - Appellants

v.

UNITED STATES ARMY CORPS OF ENGINEERS; THOMAS P. BOSTICK, Commander and Chief of Engineers, U. S. Army Corps of Engineers; STEVEN MCGUGAN, Colonel, District Engineer, U. S. Army Corps of Engineers, Huntington District

   Defendants - Appellees

RAVEN CREST CONTRACTING, LLC

   Intervenor/Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk